IN RE:                                          :

HOLLY SHELTON,                                  :
      Debtor                                   :

                                              :

                                              :     CHAPTER 13

JACK N. ZAHAROPOULOS,                           :
CHAPTER 13 TRUSTEE,                             :
      Movant                                   :

                                              :

      vs.                                      :

                                              :     CASE NO.  1:26-bk-00991-HWV

HOLLY SHELTON,                                  :
      Respondent                               :

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on this 28th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §§ 521 and 1307(c) due to failure to file documents, and in support of this Motion, the Trustee states as follows:

1.     On April 11, 2026, Debtor filed this case in the Middle District of Pennsylvania.

2.     The Notice of Incomplete and/or Deficient Filing dated April 13, 2026, at Doc. 5 established a due date for the Debtor to file certain documents by April 25, 2026.

3.     Debtor failed to file documents to complete the Petition pursuant to Bankruptcy Rules 1007 and 3015 and § 521, namely the following, by April 25, 2026:

[*The remainder of this page left intentionally blank.*]

a. 106Sum − Summary of Your Assets and Liabilities and Certain Statistical Information;
b. 106Dec − Declaration About an Individual Debtor's Schedules;
c. 106A/B − Schedule A/B: Property;
d. 106C − Schedule C: The Property You Claim as Exempt;
e. 106D − Schedule D: Creditors Who Have Claims Secured by Property;
f. 106E/F − Schedule E/F: Creditors Who Have Unsecured Claims;
g. 106G − Schedule G: Executory Contracts and Unexpired Leases;
h. 106H − Schedule H: Your Codebtors;
i. 106I − Schedule I: Your Income;
j. 106J − Schedule J: Your Expenses;
k. 107 − Statement of Financial Affairs for Individuals Filing for Bankruptcy;
l. Employee Income Records (Payment Advices) − received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted;
m. 122C−1 − Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period;
n. 122C−2 − Chapter 13 Calculation of Your disposable Income;
o. 2030 – Disclosure of Compensation of Attorney for Debtor; and
p. Chapter 13 Plan. Local Bankruptcy Form 3015−1.

4. To date, no Motion for extension of time has been filed.

5. Therefore, the Trustee believes, and therefore avers, that under the circumstances, the Debtor demonstrated substantial abuse and a lack of good faith pursuant to §§521 and 1307(c).

6. If upon receipt of this Motion and the Notice, Debtor files the missing documents on or before the response date specified on said Notice, the Motion shall be deemed withdrawn and moot.

*[The remainder of this page left intentionally blank.]*

WHEREFORE, the Trustee respectfully requests this Honorable Court to:

    a.  dismiss this case in accordance with §§ 521 and 1307(c); and

    b.  grant such further relief as this Honorable Court deems just and proper.

Respectfully submitted:

/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

IN RE:                                         :

HOLLY SHELTON,                                 :
      Debtor                                :
                                            :
                                            :      CHAPTER 13

JACK N. ZAHAROPOULOS,                          :
CHAPTER 13 TRUSTEE,                            :
      Movant                                :
                                            :
      vs.                                   :
                                            :      CASE NO.  1:26-bk-00991-HWV

HOLLY SHELTON,                                 :
      Respondent                            :

## **ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that

the above-captioned bankruptcy be and hereby is DISMISSED.

IN RE:

| | |
|---|---|
| HOLLY SHELTON, | : |
| Debtor | : |
| | : |
| | : CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : |
| CHAPTER 13 TRUSTEE, | : |
| Movant | : |
| | : |
| vs. | : |
| | : CASE NO. 1:26-bk-00991-HWV |
| HOLLY SHELTON, | : |
| Respondent | : |

## **<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy filing.

If you object to the relief requested, you must file a written objection/response on or before **May 12, 2026**, with the Clerk of Bankruptcy Court:

> Sylvia H. Rambo U.S. Courthouse
> 1501 North 6th Street
> Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

> Jack N. Zaharopoulos
> Office of the Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036.

If you file and serve an objection/response within the time permitted, a hearing will be held on **May 20th, 2026, at 9:35 AM at the Sylvia H. Rambo U.S. Courthouse, Courtroom No. 4B, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.** If you do not file an objection/response within the time permitted, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and may grant the relief requested.

Date: April 28, 2026      /s/ Douglas R. Roeder, Esquire

     Attorney ID: 80016
     Attorney for Trustee
     Jack N. Zaharopoulos,
     Standing Chapter 13 Trustee
     8125 Adams Drive, Suite A
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     Email: droeder@pamd13trustee.com

IN RE:

|                                   |   |                           |
|-----------------------------------|---|---------------------------|
| HOLLY SHELTON,                    | : |                           |
|                 Debtor            | : |                           |
|                                   | : |                           |
|                                   | : | CHAPTER 13                |
| JACK N. ZAHAROPOULOS,             | : |                           |
| CHAPTER 13 TRUSTEE,               | : |                           |
|                 Movant            | : |                           |
|                                   | : |                           |
|                 vs.               | : |                           |
|                                   | : | CASE NO.  1:26-bk-00991-HWV |
| HOLLY SHELTON,                    | : |                           |
|                 Respondent        | : |                           |

## CERTIFICATE OF SERVICE

AND NOW, this 28th day of April, 2026, I hereby certify that I have served the

foregoing by electronically notifying parties or by depositing a true and correct copy of the

same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class

mail, addressed to the following:


### *VIA ELECTRONIC MAIL SERVICE ONLY*

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA   17404
E:dmcutaia@gmail.com

*VIA FIRST-CLASS U.S.P.S. MAIL ONLY*

HOLLY SHELTON
2303 SUE ANN DRIVE
LANCASTER, PA 17602

/s/ Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee