## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Holly Shelton,
   Debtor

Chapter 13

CASE NO: 1:26-bk-00991-HWV

## OBJECTION TO MOTION TO DISMISS

**AND NOW**, the Debtor, by and through her attorney, Dawn Cutaia, files this OBJECTION to the Trustee's Motion to Dismiss and in support thereof states the following:

1. Debtor filed an emergency Chapter 13 bankruptcy petition on April 11, 2026, to stop a sheriff sale.

2. Debtor's paperwork was due April 25, 2026 but Counsel inadvertently put the deadline on the wrong date in her calendar and the Trustee filed a motion to dismiss for failure to file a plan and other documents.

3. Debtor and Counsel had a meeting scheduled for April 29, 2026, to finish her paperwork, with Counsel believing that was the date her paperwork was due. Unfortunately Debtor had a family emergency and had to reschedule her appointment at the last minute. Debtor's mother was in a car accident and may have had a stroke.

4. Debtor's paperwork is compete and the appointment was just to review everything with Debtor and go over the Plan with her. Debtor has taken her second counseling course and has communicated with Counsel regularly.

5. The Trustee filed a Motion to Dismiss on April 28, 2026 for failing to file schedules, statements, or plan. Objections are due May 12, 2026 and Debtor will file an objection. There is a hearing scheduled for May 20, 2026.

6. Debtor has filed a Motion to Extend Time to file her paperwork and asked the Court to grant her an extension until May 20, 2026, which is the same date as the hearing on the Trustee's Motion to Dismiss.

**WHEREFORE**, Debtor respectfully requests this Honorable Court deny the Trustee's Motion to Dismiss.

Date: April 30, 2026

Respectfully Submitted:

/s/ Dawn M. Cutaia

Attorney for Debtors
Supreme Court ID: 77965
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com