In re:

Holly Shelton

    Debtor

Case No. 26-00991-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: May 05, 2026 | Form ID: pdf010 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Shelton, 2303 Sue Ann Drive, Lancaster, PA 17602-1027 |
| 5795037 | | Elam Esh, 2370 Stumptown Road, Bird In Hand, PA 17505 |
| 5795042 | + | Lancaster General, P.O. Box 824809, Philadelphia, PA 19182-4809 |
| 5795033 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5795034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2026 18:57:13 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5797283 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2026 18:57:13 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5795035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2026 18:58:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5795036 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2026 18:57:06 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5798222 | | Email/Text: exeter@ebn.phinsolutions.com | May 05 2026 18:58:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5795038 | | Email/Text: exeter@ebn.phinsolutions.com | May 05 2026 18:58:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5795039 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | May 05 2026 18:58:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 5795040 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 05 2026 18:57:20 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5795031 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2026 18:58:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5795041 | + | Email/Text: bankruptcy@webbank.com | May 05 2026 18:58:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5797873 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2026 18:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5795648 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 18:57:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796490 | + | Email/Text: compliance@lctcb.org | May 05 2026 18:58:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 5799639 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 05 2026 18:57:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5795043 | + | Email/Text: bankruptcy@sccompanies.com | | |

|  |  | May 05 2026 18:58:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5795045 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2026 18:57:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5795044 | + Email/PDF: ebnotices@pnmac.com | May 05 2026 19:07:31 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5795647 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 18:57:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5800872 | Email/Text: bankruptcy@springoakscapital.com | May 05 2026 18:58:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5798304 | + Email/Text: bncmail@w-legal.com | May 05 2026 18:58:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5795046 | + Email/Text: edbknotices@ecmc.org | May 05 2026 18:58:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington, DC 20202-0008 |
| 5796002 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 05 2026 18:57:20 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5795032 | + Email/Text: kcm@yatb.com | May 05 2026 18:58:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Dawn Marie Cutaia | on behalf of Debtor 1 Holly Shelton dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                         :

                                   :     CHAPTER 13

HOLLY SHELTON,              :

                                   :     CASE NO. 1:26-bk-00991-HWV

                 Debtor.         :

## ORDER

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 7, and no objections having been filed, and the hearing held on May 5, 2026, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 5, 2026