United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Holly Shelton

    Debtor

Case No. 26-00991-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 3

Date Rcvd: May 13, 2026             Form ID: ntnew341             Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Holly Shelton, 2303 Sue Ann Drive, Lancaster, PA 17602-1027 |
| 5795037 | | Elam Esh, 2370 Stumptown Road, Bird In Hand, PA 17505 |
| 5795042 | + | Lancaster General, P.O. Box 824809, Philadelphia, PA 19182-4809 |
| 5795033 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5795034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 18:44:20 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5797283 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 18:55:31 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5795035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2026 18:45:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5795036 | + | Email/PDF: creditonebknotifications@resurgent.com | May 13 2026 18:55:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5798222 | | Email/Text: exeter@ebn.phinsolutions.com | May 13 2026 18:45:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5795038 | | Email/Text: exeter@ebn.phinsolutions.com | May 13 2026 18:45:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5795039 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | May 13 2026 18:45:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 5795040 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 13 2026 18:44:04 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5795031 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2026 18:45:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5795041 | + | Email/Text: bankruptcy@webbank.com | May 13 2026 18:45:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5802691 | + | Email/Text: gbechakas@outlook.com | May 13 2026 18:45:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5797873 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 13 2026 18:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5795648 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 18:55:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796490 | + | Email/Text: compliance@lctcb.org | May 13 2026 18:45:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 5799639 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | May 13 2026 18:44:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5795043 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 13 2026 18:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5795045 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 13 2026 18:55:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5795044 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 13 2026 18:55:56 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5795647 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 13 2026 18:55:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5800872 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | May 13 2026 18:45:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5798304 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 13 2026 18:45:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5795046 | + | Email/Text: edbknotices@ecmc.org | | |
| | | | May 13 2026 18:45:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington, DC 20202-0008 |
| 5796002 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | May 13 2026 18:44:04 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5795032 | + | Email/Text: kcm@yatb.com | | |
| | | | May 13 2026 18:45:32 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Dawn Marie Cutaia | on behalf of Debtor 1 Holly Shelton dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Matthew K. Fissel

     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Holly Shelton,                                    Chapter          13

      **Debtor 1**

Case No.          1:26–bk–00991–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1–267–552–4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 25, 2026<br><br>Time: 10:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 13, 2026 |

ntnew341 (09/23)