In re:  
Holly Shelton  
    Debtor

Case No. 26-00991-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: ntcnfhrg | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Shelton, 2303 Sue Ann Drive, Lancaster, PA 17602-1027 |
| 5795037 | | Elam Esh, 2370 Stumptown Road, Bird In Hand, PA 17505 |
| 5795042 | + | Lancaster General, P.O. Box 824809, Philadelphia, PA 19182-4809 |
| 5795033 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5808618 | + | The Township of Manchester, 3200 Farmtrail Rd, York, PA 17406-5699 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5795034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 18:53:56 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5797283 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 18:53:51 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5795035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 18:46:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5795036 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 18:53:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5798222 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 18:46:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5795038 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 18:46:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5795039 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jun 25 2026 18:46:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 5795040 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 25 2026 18:53:56 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5795031 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2026 18:46:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5795041 | + | Email/Text: bankruptcy@webbank.com | Jun 25 2026 18:46:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5802691 | + | Email/Text: gbechakas@outlook.com | Jun 25 2026 18:46:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5797873 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2026 18:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5795648 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 18:53:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796490 | + | Email/Text: compliance@lctcb.org | Jun 25 2026 18:46:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |

| | | | |
|---|---|---|---|
| 5799639 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 18:53:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5805376 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2026 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5795043 | + Email/Text: bankruptcy@sccompanies.com | Jun 25 2026 18:46:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5810428 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 18:53:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5795045 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 18:53:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5795044 | + Email/PDF: ebnotices@pnmac.com | Jun 25 2026 18:53:51 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5806650 | + Email/PDF: ebnotices@pnmac.com | Jun 25 2026 18:53:58 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5795647 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 18:53:50 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5800872 | Email/Text: bankruptcy@springoakscapital.com | Jun 25 2026 18:46:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5798304 | + Email/Text: bncmail@w-legal.com | Jun 25 2026 18:46:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5795046 | + Email/Text: edbknotices@ecmc.org | Jun 25 2026 18:46:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington, DC 20202-0008 |
| 5796002 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 25 2026 18:53:56 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5810095 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2026 18:46:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 5795032 | + Email/Text: kcm@yatb.com | Jun 25 2026 18:46:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026      Signature:      /s/Gustava Winters

District/off: 0314-1

Date Rcvd: Jun 25, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 3 of 3

Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name**

**Email Address**

Dawn Marie Cutaia

on behalf of Debtor 1 Holly Shelton dmcutaia@gmail.com
cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos

ecf@pamd13trustee.com

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Holly Shelton,

**Debtor 1**

Chapter 13

Case No. 1:26−bk−00991−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 5, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 12, 2026 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 25, 2026 |

ntcnfhrg (08/21)