**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>HOLLY SHELTON,<br>Debtor | : | CHAPTER 13<br><br>CASE NO. 1:26-BK-00991-HWV |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs | : | |
| HOLLY SHELTON,<br>Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on September 17, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire, and certifies that on August 12, 2026, the Court issued an Order directing Debtor to file an Amended Plan within thirty (30) days. As of September 17, 2026, An Amended Plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: September 17, 2026,

Respectfully submitted,

/s/ Douglas R Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

**CERTIFICATE OF SERVICE**

AND NOW, on September 17, 2026, I, Ashley Schott, from the office of_Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically
DAWN MARIE CUTAIA
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

OFFICE OF THE UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by 1st Class Mail

HOLLY SHELTON
2303 SUE ANN DRIVE
LANCASTER, PA 17602

/s/Ashley Schott
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee