United States Bankruptcy Court
Middle District of Pennsylvania

In re: Holly Shelton
Debtor

Case No. 26-00991-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Sep 17, 2026 | Form ID: pdf010 | Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Shelton, 2303 Sue Ann Drive, Lancaster, PA 17602-1027 |
| 5795037 | | Elam Esh, 2370 Stumptown Road, Bird In Hand, PA 17505 |
| 5795042 | + | Lancaster General, P.O. Box 824809, Philadelphia, PA 19182-4809 |
| 5795033 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5808618 | + | The Township of Manchester, 3200 Farmtrail Rd, York, PA 17406-5699 |
| 5815170 | | York Water Company, 130 E Market St., York, PA 17401-1219 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5795034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 18:55:24 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5797283 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 18:55:39 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5795035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 18:41:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5795036 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2026 18:55:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5798222 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 17 2026 18:41:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5795038 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 17 2026 18:41:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5795039 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Sep 17 2026 18:41:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 5795040 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 17 2026 18:55:39 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5795031 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2026 18:41:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5795041 | + | Email/Text: bankruptcy@webbank.com | Sep 17 2026 18:41:00 | Imagine Credit, Attn: Account ServicesBankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5802691 | + | Email/Text: gbechakas@outlook.com | Sep 17 2026 18:41:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5797873 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2026 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5795648 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 18:55:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5796490 | + | Email/Text: compliance@lctcb.org | Sep 17 2026 18:41:00 | Lancaster County Tax Collection Bureau, 1845 |

| | | | | |
|---|---|---|---|---|
| | | | | William Penn Way, Lancaster, PA 17601-4097 |
| 5799639 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 18:55:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5805376 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2026 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5795043 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2026 18:41:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5810428 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 18:55:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5795045 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 18:55:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5795044 | + | Email/PDF: ebnotices@pnmac.com | Sep 17 2026 18:55:39 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5806650 | + | Email/PDF: ebnotices@pnmac.com | Sep 17 2026 18:55:40 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5795647 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 18:55:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5800872 | | Email/Text: bankruptcy@springoakscapital.com | Sep 17 2026 18:41:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5798304 | + | Email/Text: bncmail@w-legal.com | Sep 17 2026 18:41:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5795046 | + | Email/Text: edbknotices@ecmc.org | Sep 17 2026 18:41:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Avenue , Sw, Washington, DC 20202-0008 |
| 5796002 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 17 2026 18:55:39 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5810095 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 17 2026 18:41:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 5795032 | + | Email/Text: kcm@yatb.com | Sep 17 2026 18:41:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Holly Shelton dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**HOLLY SHELTON**<br><br>**Debtor 1**<br><br>**JACK N. ZAHAROPOULOS**<br>**CHAPTER 13 TRUSTEE**<br>**vs. Movant(s)**<br><br>**HOLLY SHELTON**<br><br>**Respondent(s)** | **Chapter: 13**<br><br>**Case No.: 1:26-bk-00991-HWV** |

**ORDER**

Upon consideration of the Trustee's Certificate of Default, Doc. 49, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 17, 2026